IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIE VEASY : CIVIL ACTION

VS. :

DAVID DiGUGLIELMO, et al. : NO. 04-CV-2719

<u>ORDER</u>

AND NOW, this 15th day of December, 2004, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Charles B. Smith, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DISMISSED with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

<u>s/J. Curtis Joyner</u>
J. CURTIS JOYNER, J.